UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 19-3801 |
| JENNIE FRIAS | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by J. Stephen Ferketic (Stephen.Ferketic@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

CRAIG CARPENITO
United States Attorney

/s/ J. Stephen Ferketic

By: J. Stephen Ferketic
Assistant U.S. Attorney

Dated:   December 27, 2019