# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. James B. Clark |
| v. | : Mag. No. 19-3801 |
| JENNIE FRIAS<br>a/k/a "Jenny Frias"<br>a/k/a "Jennie Castillo" | : **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Ari B. Fontecchio, Assistant United States Attorney), and defendant JENNIE FRIAS (by Thomas Dunn, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through March 1, 2020 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware of the right to have the matter submitted to a grand jury within 30 days of the date of arrest pursuant to Title 18, United States Code, Section 3161(b); and one prior continuance having been entered; and the defendant, by way of attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   The defendant has requested reasonable time necessary for effective preparation in this matter;

(2)   Both the United States and the defendant seek additional time to conduct plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3) The defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 8th day of January, 2020;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through March 1, 2020; and it is further

ORDERED that the period from the date this Order is signed through March 1, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JAMES B. CLARK
United States Magistrate Judge

Form and entry consented to:

_____
Ari B. Fontecchio
Assistant U.S. Attorney

/s/ Daniel Shapiro
Daniel Shapiro
Chief, Economic Crimes Unit

/s/ Rahul Agarwal
Rahul Agarwal
Deputy Chief, Criminal Division

_____
Thomas Dunn, Esq.
Counsel for Defendant Jennie Frias

3